**Order filed, January 4, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-01108-CR
_____

## EX PARTE GLENFORD ROBERT MCCALLUM, Appellant

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. 11924-A**

---

## ORDER

The reporter's record in this case was due **December 28, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Rossana Bobbitt**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM